UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA M. BISCO,

      Plaintiff,

Case No. 12-cv-15490

v.

Paul D. Borman
United States District Judge

CITY OF FLINT, TRACHELLE YOUNG,
FLINT POLICE DEPARTMENT,
CATHY DOWD,

Laurie J. Michelson
United States Magistrate Judge

      Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE LAURIE J. MICHELSON'S
OCTOBER 1, 2013 REPORT AND RECOMMENDATION TO GRANT
DEFENDANTS' MOTION TO DISMISS (ECF NO. 11)

On October 1, 2013, Magistrate Judge Laurie J. Michelson issued a Report and Recommendation to Grant Defendants' Motion to Dismiss.[1]  (ECF No. 16, Report and Recommendation.)  Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 16), GRANTS Defendants' Motion to Dismiss (ECF No. 11), and DISMISSES Plaintiff's Complaint.

IT IS SO ORDERED.

                            s/Paul D. Borman
                            PAUL D. BORMAN
                            UNITED STATES DISTRICT JUDGE

Dated: October 25, 2013

---

[1] The motion sought relief under Fed. R. Civ. P. 12(b)(6) but was mis-styled as a Motion for Summary Judgment.

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 25, 2013.

                                              s/Deborah Tofil
                                              Case Manager